**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**CHARMAINE A. DIXON,**

                **Plaintiff,**

                                  8:19-CV-0066

    v.

**SERGEANT COLON,** *et al.*,

                **Defendants.**
_____

**THOMAS J. McAVOY,**
Senior United States District Judge

# DECISION & ORDER

**I.    INTRODUCTION**

This pro se action was referred to the Hon. Christian F. Hummel, United States Magistrate Judge, for an initial review pursuant to 28 U.S.C. § 1915(e). No objections to Magistrate Judge Hummel's June 24, 2019 Report-Recommendation and Order [Dkt. No. 6] have been filed, and the time to do so has expired.

**II.    DISCUSSION**

Plaintiff brings this action pursuant to 42 U.S.C. § 1983 alleging that Defendants violated her constitutional rights pursuant to the Eighth Amendment by suspending her visitation with her incarcerated son. *See generally* Compl. Plaintiff asserts that she is "not looking for money damages" but rather to have her visitation restored. *Id.*, at 6. Magistrate Judge Hummel recommends that the Complaint be dismissed with prejudice because

1

Plaintiff does not retain a constitutional right to visitation with her incarcerated son, and because the suspension of Plaintiff's visitation privileges ended nearly two months ago making her requested relief moot. *See* Report-Recommendation and Order, at 5-7.

After examining the record, this Court has determined that the recommendation in the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice.

### III.    CONCLUSION

Accordingly, the Court **ACCEPTS and ADOPTS** the recommendation in the Report-Recommendation and Order [Dkt. No. 6] for the reasons stated therein. Therefore, it is hereby

**ORDERED** that Plaintiff's Complaint (Dkt. No. 2) is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted.

**IT IS SO ORDERED.**

Dated: June 4, 2019

_____
Thomas J. McAvoy
Senior, U.S. District Judge